IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 09 2024

LAURA A. AUSTIN, CLERK
BY: /s/ R. Jordurne
DEPUTY CLERK

UNITED STATES OF AMERICA

v.          Criminal Action No. 1:24mj00039

MELISSA BANDY

In the presence of Thomas R. Scott, Jr., my counsel, who has fully explained the charges contained in the Information against me, and having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to said Information and Count One thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

July 9, 2024
Date

Thomas R. Scott, Jr.
Witness